UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD A. MORGAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:05CV263 HEA |
| | ) |
| MARYLOIS LACY, | ) |
| | ) |
| Respondent. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's Petition for Writ of Habeas Corpus, [Doc. No. 1]. The Court referred this matter to United States Magistrate Judge Mary Ann L. Medler for a Report and Recommendation pursuant to 28 U.S.C. § 636(b).

On September 20, 2005, Judge Medler filed her recommendation that the petition be denied. Petitioner sought an extension of time to file objections on September 27, 2005. The Court granted petitioner a thirty day extension to file objections on September 30, 2005. No objections to the report and recommendation have been filed within the said thirty day period.

The Court has considered Judge Medler's reasoning for her recommendation and agrees with her conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus [Doc. No. 1], is denied.

**IT IS FURTHER ORDERED** that for the reasons stated in the Report and Recommendation, the Court will not grant a Certificate of Appealability.

Dated this 10th day of November, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE